UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STANLEY MARTIN LEBLANC                          CIVIL ACTION

VERSUS                                          NO. 09-6288

CITY OF NEW ORLEANS DEPARTMENT                  SECTION: "A"(1)
OF POLICE, ET AL.

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

December 2, 2009

_____
UNITED STATES DISTRICT JUDGE